" Civil Cover "

FILED - MQ
November 19, 2013 12:30 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/    Scanned by 11/19/13

THE UNITED STATES OF AMERICA

THE UNITED STATES DISTRICT COURT

**2:13-cv-353**
R. Allan Edgar, US District Judge

JASON PAUL ARNOLD: PLAINTIFF        11/12/2013 A.D.

CASE:#_____        V.

THE SCHOOLCRAFT COUNTY DEPARTMENT OF HUMAN SERVICES OF

MICHIGAN ETAL,        DEFENDANT(S);

THE DELTA COUNTY DEPARTMENT OF HUMAN SERVICES OF MICHIGAN

ETAL,        DEFENDANT(S);

THE DELTA COUNTY SHERIFF DEPARTMENT ETAL,

                                DEFENDANT(S);

THE MICHIGAN STATE POLICE ETAL,   DEFENDANT(S);

THE MANISTIQUE MICHIGAN CITY POLICE DEPARTMENT ETAL,

        DEFENDANT(S);

THE SCHOOLCRAFT MEMORIAL HOSPITAL OF MANISTIQUE MICHIGAN ETAL,

        DEFENDANT(S);

ASSISTANT FEDERAL PUBLIC DEFENDER PAUL A PETERSON AND HIS

ASSISTANT DALE. DEFENDANT(S).

THE UNITED STATES OF AMERICA

THE UNITED STATES DISTRICT COURT


CIVIL LAWSUIT / TRUE BILL IN EQUITY

TRUE BILL / MOTION FOR CRIMINAL INDICTMENTS


CASE:#_____


THE PLAINTIFF HEREBY DOES INVOKE EVERY SINGLE RIGHT THAT HE IS
ENTITLED TO AS "CITIZEN" AND CONTAINED WITHIN THE "BILL OF
RIGHTS" PLAINTIFF ALSO INVOKE'S "EVERY SINGLE ONE"  OF HIS
CONSTITUTIONAL RIGHTS; AND HE INVOKES HIS 7TH AMENDMENT RIGHT
IMMEDIATELY, AND IN DOING SO  WITH "JUST CAUSE" PLAINTIFF,
DEMANDS: AN IMMEDIATE CIVIL JURY TRIAL.


PLAINTIFF PRAYS THAT THIS WILL PRODUCE:

SEVERAL CRIMINAL INDICTMENTS BY A GRAND JURY IN A COURT OF
LAW.

THE PLAINTIFF DOES SO PRAY FOR IMMEDIATE RELIEF THROUGH "DUE
PROCESS OF LAW" AND PRAYS TO PROCEED WITH;

"CANNONS OF RIGHTOUSNESS"

"THROUGH THE CANNONS OF JUSTICE"

*COMPLAINT*


THE PLAINTIFF BRINGS LAWSUIT(S) AND SWEARS UNDER THE PENALTY
OF PERJURY THAT EVERY FACT CONTAINED WITHIN THIS *COMPLAINT*

IS TYPED BY PLAINTIFFS OWN HAND AND THE FOLLOWING COMPLAINTS
ARE THE SAD TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH:
SO HELP ME GOD:

THE PLAINTIFF SWEARS THAT THE DEFENDANTS DID: WILLFULLY,
KNOWINGLY, AND INTENTIONALLY PARTICIPATE IN ONE,(1). TWO,(2)
AND UP TO SEVERAL: OF THE FOLLOWING CRIMES AND/OR FELONIES AND
THEY DID SO UNDER: "COLOR OF LAW".

THE PLAINTIFF PRAYS FOR IMMEDIATE, SWIFT; AND LIFE ALTERING;
ACTION BY A FEDERAL GRAND JURY.

THE PLAINTIFF ALSO PRAYS FOR INVESTIGATIONS WITH CRIMINAL
INDICTMENTS TO FOLLOW AS THE GRAND JURY SHALL DEEM APPROPRIATE
AND OF NECESSITY.
TIME IS OF THE ESSENCE. PLAINTIFF PRAYS THAT THESE LAWSUITS
PROCEED AND COMMENCE IMMEDIATELY WITHOUT FURTHER DELAY.

IN DOING SO; THE PLAINTIFF TESTIFIES AND SWEARS UNDER THE
PENALTY OF PERJURY TO THE FOLLOWING: WHILE ACTING:UNDER THE
"COLOR OF LAW" THE  DEFENDANT(S) ARE GUILTY OF ONE,(1). OR
TWO,(2) AND UP TO SEVERAL OF THE FOLLOWING CRIME'S.

A:CONSTITUTIONAL NON COMPLIANCE
B:STATUTORY NON COMPLIANCE
C:CIVIL NON COMPLIANCE
D:GOVERNMENTAL CORRUPTION
"UNDER COLOR OF LAW"
1. KIDNAPPING,

2. CONSPIRACY TO KIDNAP,

3. CONSPIRACY TO DEPRIVE U.S. CITIZEN(s) OF RIGHTS,

4. DEPRIVATION OF U.S. CITIZEN(S) RIGHTS,

5. FALSE ARREST,

6. FALSE IMPRISONMENT,

7. ASSAULT,

8. GROSS ABUSE OF POWER,

9. OBSTRUCTION OF JUSTICE,

10. MALICIOUS INTIMIDATION,

11. MALICIOUS PROSECUTION TO SILENCE PLAINTIFF,

12. THREATS BY TELEPHONE MADE BY FEDERAL PUBLIC DEFENDER PAUL
A. PETERSON'S PERSONAL ASSISSTANT DALE A.
ON: TUESDAY AUGUST 13TH, 2013 DALE CALLED PLAINTIFFS AUNT
SANDIE HEBERT ON THE TELEPHONE AND TOLD PLAINTIFFS AUNT THAT
IF PLAINTIFF REFUSED TO TAKE A 2 YEAR PLEA BARGAIN OFFERED BY
THE PROSECUTOR FOR THE CHARGE OF "FELONY POSSESSION OF A
FIREARM" THAT PLAINTIFF WOULD AND I QUOTE "BE SENT TO A
PSYCHIATRIC FACILITY FOR A VERY LONG TIME"
AND AFTER THAT PLAINTIFF "WOULD BE SENT TO PRISON "FOR A VERY
LONG TIME". PLAINTIFF SWEARS THAT THIS IS A DIRECT VIOLATION
OF THE LAW REGARDING PLAINTIFFS RIGHT TO A JURY TRIAL WITHOUT
INTIMIDATION BY HIS OWN DAMN ATTORNEY'S OFFICE.
PLAINTIFF ALSO SWEARS THAT PLAINTIFF HAS SEVERAL LETTERS
SIGHNED BY MR. PAUL A. PETERSON THAT ARE ALSO WRITTEN WITH
"RATHER THREATENING LANGUAGE" TRYING TO FORCEFULLY PURSUADE
PLAINTIFF FROM EXERCISEING HIS CONSTITUTIONAL RIGHTS, AND
RIGHT TO A JURY TRIAL. PLAINTIFF SWEARS THAT HIS NOW EX-PUBLIC
DEFENDER AND HIS CRONY DALE SPENT ALMOST 6 MONTHS WORKING

AGAINST PLAINTIFF. "WHILE PLAINTIFF SUFFERS IN NASTY PRISONS
AND JAILS."

PLAINTIFF ASKS WHY DID HE HAVE TO FIRE MR. PAUL PETERSON 3
TIMES DUE TO IS BLATANT DISREGARD AND GROSS
MISSREPRESENTATION OF PLAINTIFF? WAS THIS CRIMINAL? PLAINTIFF
FEELS IT WAS.

13.PLAINTIFF ALSO SWEAR'S THAT PAUL A PETERSON ASSISTANT
FEDERAL PUBLIC DEFENDER.

DID ILLEGALLY, COMMIT PERJURY; TWICE ON RECORD, IN A COURT OF
LAW, AND TO A UNITED STATES MAGISTRATE JUDGE (NAMELY
MAGISTRATE TIMOTHY GREELY) AND HE DID SO AT THE UNITED STATES
FEDERAL COURTHOUSE IN MARQUETTE MICHIGAN,
ON MONDAY, AUGUST 12TH 2013 A.D. AND PLAINTIFF REQUESTS
TRANSCRIPTS FROM THIS HEARING.

FURTHERMORE,THE PLAINTIFF SUBMIT'S: EXHIBIT-1, EXHIBIT-2, AND
EXHIBIT-3; RESPECTIVELY, AS SOLID UNDENIABLE EVIDENCES OF
CRIMINAL ACTIVITIES BY THE DEFENDANTS; AND IN DOING SO, THE
PLAINTIFF RAISES REASONABLE, ARTICUABLE, SUSPICION(S) THAT
CRIMES AND FELONIES HAVE BEEN COMMITED, ARE IN FACT ONGOING,
AND GOVERNMENTAL COVER UP'S HAVE BEEN INNITIATED AND ARE
ONGOING. WITHOUT FURTHER DELAY:  PLAINTIFF BEING DUALLY SWORN
SWEARS:

THAT THERE IS LEGAL JUST CAUSE TO PROCEED.
EXHIBIT ONE,(1)> DATED 11/21/2011 RAISES THE FACT THAT MOTIVE
EXISTS TO SILENCE THE PLAINTIFF AND HIS FAMILY.
THE PLAINTIFF PRAY'S TO INITIATE IMMEDIATE INVESTIGATIONS BY A
FEDERAL GRAND JURY. AND FOR JUSTICE TO COMMENCE IMMEDIATELY.

NOW COMES THE PLAINTIFF, MR. JASON PAUL ARNOLD. A DISABLED, 31

YEAR OLD UNITED STATES CITIZEN BRINGING TO LIGHT THE FOLLOWING

FACTUAL; CRIMINAL ACTIVITIES OF THE DEFENDANTS:

THROUGH THE FOLLOWING COMPLAINTS AND CLAIMS:

PLAINTIFF SWEARS THAT UNDER THE "COLOR OF LAW" THE DEFENDANT'S

HAVE ILLEGALY INFLICTED / AND CAUSED SEVERE:


PERSONAL INJURIES,

MENTAL ANGUISH,

PAIN,

AND

LIFELONG SUFFERING.


TO PLAINTIFF.

TO PLAINTIFF'S CHILDREN.

TO PLAINTIFF'S WIFE.

AND TO PLAINTIFF'S IMMEDIATE FAMILY MEMBERS.


PLAINTIFF SWEARS THAT THE DEFENDANTS DID SO:

INTENTIONALY, KNOWINGLY, AND WILLFULLY, WITH BLATANT DISREGARD

TO EVERYONE THEY HAVE HURT; AND: THE DEFENDANTS DID SO WHILE

ACTING UNDER THE "COLOR OF LAW" AND PLAINTIFF SWEARS THAT

PLAINTIFF HAS MANY LEGAL DOCUMENTS THAT ARE IN THE HANDS OF A

SAFE KEEPER; AND CREDIBLE WITTNESS's WHOM WILL, TESTIFY;

AGAINST THE DEFENDANT(S). IN THE COURTS OF LAW.


PLAINTIFF SWEARS THAT ON THE NIGHT OF JANUARY 24TH, 2013

(COINCIDENTLY THE PLAINTIFFS 31ST BIRTHDAY)/

THE DEFENDANT'S DID CONSPIRE, AND DID COMPLETE THE ILLEGAL
CRIME OF KIDNAPPING CARTER JEFFEREY ARNOLD D.O.B.10-14-2008 A
MINOR CHILD;
AND THE ILLEGAL CRIME OF KIDNAPPING AIDAN LEVI ARNOLD D.O.B.
09-25-2009 A MINOR CHILD.
THE DEFENDANTS DID SO; UNDER "COLOR OF LAW" WHILE WRECKLESSLY
USEING FALSE PRETENSES,(SEE EXHIBITS: 2, AND 3.) ; FALSE
ACCUSATIONS OF ABUSE, AND FALSE USAGE OF "CONVIENIENT
ASSUMPTION" OF ABUSE.
THE PLAINTIFF SWEARS THE DEFENDANT'S INITIATED THESE CRIMES ON
THE 23RD OF JANUARY 2013. VIA CONSPIRACY. (PLEASE SEE AND READ
EXHIBIT'S 2 AND 3.) PLAINTIFF SWEARS THAT THE DEFENDANT(S) DID
SO UNDER "COLOR OF LAW" AND WITH WRECKLESS, GROSS, AND
MALICIOUS ABUSE OF LAW AND IT'S PROCESS. IT IS THE PLAINTIFF'S
BELIEF THAT THE DEFENDANTS ACTED WITH PURE HATRED, JEALOUSY,
AND ENVY; TOWARDS THE PLAINTIFF AND THE PLAINTIFFS WIFE. THE
PLAINTIFF BELIEVES THAT THE DEFENDANTS COMMITED THESE HORRIFIC
CRIMES TO GET EVEN WITH THE DEFENDANT FOR "EXHIBIT 1" (PLEASE
READ EXHIBIT 1.) PLAINTIFF GIVES EXHIBITS: ONE, TWO, AND
THREE, AS EVIDENCE / PROVING THE DEFENDANTS HAVE MOTIVE.
GOD IS THE PLAINTIFF'S ALL SEING EYE AND THE PLAINTIFFS
PROTECTOR.

THE PLAINTIFF AGAIN SWEARS THAT HE AND HIS WIFE ARE IN
FACT "LOVEING, CARING, AND TENDER, PARENT'S WHOM UNCONDITIONLY
LOVE, AND TREAT OUR KIDS WITH RESPECT" THE PLAINTIFF HAS
LITERALLY SEVERAL THOUSAND PHOTOGRAPHS OF HIS FAMILY TO PROVE
SO.
THE PLAINTIFF, HAS SPANKED HIS SONS, NOT TO ABUSE THEM,---> TO
CORRECT THEM. PLAINTIFF SWEARS THAT "THE SPANKINGS PLAINTIFF

RECIEVED AS A CHILD NEVER HURT THE PLAINTIFF AND THE PLAINTIFF
IS GREATFULL THAT HIS ELDERS CARED ENOUGH ABOUT HIM TO DO SO".
THE PLAINTIFF ALSO SWEARS THAT A SPANKING IS A HELL OF ALOT
DIFFERENT THAN WHAT WOULD CONSTITUTE ABUSE!
THE PLAINTIFF ALSO TESTIFIES THAT HIS WIFE IS A "WORLD CLASS"
MOM AND THAT HIS SONS HAVE NEVER ONCE HAD SO MUCH AS A DIAPER
RASH.
THE PLAINTIFF ALSO TESTIFIES TO THE FACT THAT HIS BOYS HAVE
NEVER MISSED A MEAL EITHER.;
"ON AIDANS BEDROOM WALL YOU WILL FIND A LARGE MAP OF THE
UNITED STATES, ON CARTERS BEDROOM WALL YOU WILL FIND A LARGE
MAP OF THE WORLD. ON THEIR FLOORS YOU WILL FIND TOY'S, BOOK'S
AND EACH ONE HAS A NICE LITTLE PEDAL BIKE. EACH OF MY SON'S
ALSO HAVE A SMALL BASEBALL GLOVE. WE HAVE AN ARABICUS WITH 10
ROWS OF 10 DIFFERENT COLORS OF BEADS THAT WE COUNT WITH. WE
LEFT OFF ON PAGE 67 OF THE BEGINNERS BIBLE." THEIR IS A 12
FOOT HIGH FENCE AROUND OUR SWIMMING POOL,
WE DO NOT ALLOW OUR KIDS TO WATCH INAPPROPRIATE MOVIES, WE DO
NOT ALLOW ANY, VIDEO GAMES. THE PLAINTIFF SMOKES CIGARETTES IN
THE BASEMENT OF OUR HOME, AND WE ARE NOT DRUGGIES OR DRUNKS".
"WE ARE NOT PERFECT PARENTS HOWEVER WE ARE AS FINE OF PARENT'S
THAT COULD EVER BE." "WE LOVE OUR SONS." AND PLAINTIFF PRAYS
FOR THEIR IMMEDIATE, SAFE RETURN.

THE PLAINTIFF AT THIS TIME WOULD ASK FOR THE TESTIMONY OF
SCHOOLCRAFT COUNTY SHERIFF MR. JOHN NORRINGTON (PLEASE READ
EXHIBIT 3) THIS MAN IS AN HONORABLE MAN.

MRS. SHAMRA KOUW AND HER FRIEND BRANDON WHOM PLAINTIFF

CALLED FROM HIS CELLPHONE FROM SCHOOLCRAFT MEMORIAL HOSPITAL
ON THE NIGHT OF THE 24TH, OF JAN. 2013. MRS. KOUW DID
IMMEDIATELY DRIVE TO SAID HOSPITAL. AND MRS. KOUW CAN VERIFY
WITH HER FRIEND BRANDON THAT PLAINTIFF WAS CALM, RATIONAL, AND
NOT ACTING IN ANY WAY SHAPE OR FORM IN THE MANNER THAT THESE
WICKED CRIMINALS THAT I CALL THE DEFENDANTS; WOULD LIKE PEOPLE
TO BELIEVE.

MRS. KOUW, & HER FRIEND BRANDON OF MANISTIQUE MI., MRS.
SANDY HEBERT OF ST. JAQUES MI., MRS. DOROTHY TURNER OF
ARIZONA, ALONG WITH SEVERAL OTHER CREDIBLE WITTNESS's CAN ALSO
TESTIFY AGAINST ANY AND ALL LIES THAT THE DEFENDANTS MIGHT
SPEAK OF TO JUSTIFY THERE CRIMINAL ACTIONS.

MRS. SANDIE HEBERT OF RAPID RIVER, AND MRS. DOROTHY TURNER OF
ARIZONA WERE ALSO CALLED FROM PLAINTIFFS CELLPHONE REGARDING
THE KIDDNAPPING, AND THE

ILLEGAL FALSE ARREST, ASSAULT, AND ILLEGAL FALSE IMPRISONMENT
OF PLAINTIFF. ON THE NIGHT OF JAN. 24TH 2013.

THE PLAINTIFF ALSO SWEARS, THAT AFTER THE DEFENDANTS ILLEGALY
COMMITED THESE CRIMES AND WHEN THEY TOOK NOTICE THAT THE
PLAINTIFF WAS MAKING CALLS FROM HIS CELLPHONE; THE DEFENDANTS
IMMEDIATELY CONFISCATED THE PLAINTIFFS CELLULAR PHONE SO THE
PLAINTIFF COULD NOT CALL MORE WITTNESS'S.

AFTER ALL THESE CRIMES THE DEFENDANTS ILLEGALY TRANSPORTED
PLAINTIFF BY AMBULANCE TO ALPENA PSYCHIATRIC HOSPITAL SAYING
THAT THE PLAINTIFF WAS "A HARM TO HIMSELF AND OTHERS" A LIE.
THE PLAINTIFF ALSO SWEARS THAT THE DEFENDANTS ALSO FALSIFIED
MEDICAL DOCUMENTS FROM SCHOOLCRAFT MEMORIAL HOSPITAL WHEN THEY
FALSELY STATED PLAINTIFF FAILED URINAYLISES TEST FOR THC. (SEE
EXHIBIT 2)

ON THE MORNING OF JANUARY 25TH 2013, THIS WAS ALSO A LIE. THE
PLAINTIFF WAS IN FACT CLEAN THE DEFENDANTS HOWEVER,
CONVIENIENTLY; FALSEFIED A MEDICAL DOCUMENT. SAID DOCUMENT,
ORIGINATED FROM SCHOOLCRAFT MEMORIAL HOSPITAL,
A NURSE AT THE ALPENA PSYCHIATRIC HOSPITAL DISCOVERED THE
FALSEIFICATION OF THE URINALYSIS TEST, AND THE FALSIFIED
DOCUMENT WAS IN FACT DATED 2009. THE PLAINTIFF WAS DEEMED TO
BE STABLE AFTER ALPENA CONTACTED THE PLAINTIFFS DOCTOR, AT
MARQUETTE GENERAL WHOM GAVE TESTIMONY TO THE FACT THAT HE HAD
JUST SEEN THE PLAINTIFF ON THE 23RD OF JANUARY AT 8:30 AM AND
THE PLAINTIFF WAS DOING FINE.
WHICH RESULTED IN THE DISCHARGE OF PLAINTIFF. FROM ALPENA. THE
PLAINTIFFS AUNT AND UNCLE DROVE TO ALPENA ON DAY FOUR OF
ILLEGAL CAPTIVITY. WHICH RESULTED IN PLENTY OF TIME FOR
COVER/UP'S IN MANISTIQUE.
WITH NO REMORSE AND UNDER "COLOR OF LAW" THESE CRIMINALS
INNITIATED A MASSIVE "COVER UP" VIA THE SMALL TOWN "GOOD OLE
BOY" SYSTEM. SEE EXHIBITS 1, 2, AND 3; FOR VERIFIEABLE,
REASONABLE, AND ARTICUABLE SUSPICIONS THAT:

(NO REASONABLE FACT TRIER, COULD EVER DENY.)

FURTHERMORE, BECAUSE OF THE DEFENDANT'S ILLEGAL ACTS OF A
"SICK CRIMINAL NATURE"

THE PLAINTIFF HAS BEEN IN TEARS FOR MONTHS.

FOR A TIME PERIOD OF ALMOST 7 MONTH'S TO DATE, STARTING ON THE
DATE OF: APRIL, 16TH, 2013;

THE DAY THAT: ("MEN WITH MACHINE GUNS SUROUNDED PLAINTIFF")
THE PLAINTIFF HAS BEEN THROUGH AN ORDEAL OF TORTUROUS HELL;
AND THE PLAINTIFF HAS BEEN; "WITHOUT ANY REGARD TO THE BEST
INTERESTS OF THE PLAINTIFF" BOUNCED FROM THE: SCHOOLCRAFT
COUNTY JAIL,

TO THE: MARQUETTE COUNTY JAIL ON THE 17TH OF APRIL, 2013;
TO THE: MARQUETTE GENERAL HOSPITAL ON THE 17TH OF APRIL, 2013;

TO THE: UNITED STATES HOLDING CELL AT THE MARQUETTE FEDERAL
COURTHOUSE ON THE 18TH OF APRIL, 2013;
TO THE: NEWAYGO COUNTY JAIL ON THE 18TH OF APRIL, 2013; (WHERE
PLAINTIFF MET MENTAL HEALTH WORKER MR. BRIAN DYKES ANOTHER
HONORABLE MAN AND ANOTHER CREDIBLE WITTNESS.,)

TO THE: FEDERAL COURTHOUSE IN GRAND RAPIDS MICHIGAN ON THE
23RD OF APRIL, 2013;

TO THE: METROPOLITAN PRISON IN CHICAGO ILLINOIS, ON THE 23RD
OF APRIL, 2013;(PLAINTIFF WAS TRANSPORTED BY TWO VERY IGNORANT
YOUNG U.S. MARSHALS.
THE PLAINTIFF WAS THEN FLOWN TO THE OKLAHOMA CITY FEDERAL
PRISON; ON THE: 27TH OF MAY, 2013;
FROM THERE:
ON THE: 1'ST OF JUNE, 2013; THE  PLAINTIFF WAS FLOWN TO THE
CLINTON TWP.AIRSTRIP IN LOWER MICHIGAN WHERE TWO DEPUTY'S FROM
THE CHIPPEWA COUNTY JAIL OF SAULT STE. MARIE PICKED UP AND
TRANSPORTED THE PLAINTIFF TO THE CHIPPEWA COUNTY JAIL WHERE
PLAINTIFF WAS LOCKED IN A CELL 22-23 HOURS PER DAY WITH 6
EXTREMELY BRIGHT LIGHT'S THAT WERE LEFT ON FOR 24 HOURS A DAY.

AN UNDISCRIBEABLE HELL OF IT'S OWN.

"THESE WICKED PEOPLE HAVE SHOWED NO MERCY."

FINALY THEY PUT PLAINTIFF IN GENERAL POPULATION AT THE JAIL.

NOW AFTER MANY COURT DATE'S PLAINTIFF TRIED TO TELL MAGISTRATE

GREELY ("ANOTHER GOOD OLE BOY") IN THE EYES OF THE PLAINTIFF;

ABOUT THESE SICK DESPICABLE CRIMES. MR. GREELY SEEMS TO CARE

LESS.

PLAINTIFF MAY HAVE WELL BEEN SPIT ON BY MAGISTRATE  GREELY AND

FEDERAL PUBLIC DEFENDER PAUL A. PETERSON,

BECAUSE AS OF OCTOBER THE 1'ST, 2013;

THESE SICK INDIVIDUALS HAVE TRANSPORTED THE PLAINTIFF BACK TO

THE METROPOLITAN PRISON IN CHICAGO ILLINOIS.

WHERE THE PLAINTIFF; IS CURRENTLY ILLEGALLY DETAINED "AGAINST

EVERY LAW THE PLAINTIFF CAN THINK OF. END QUOTE". DID I

MENTION THE FACT THAT WHEN TWO OR MORE PEOPLE TAKE ACTIONS

AGAINST THE COSTITUTIONAL RIGHTS OF ANOTHER IT IS IN FACT

CALLED A CONSPIRACY? DID I MENTION THE FACT THAT "IF ANY

ACTION GOES AGAINST THE LAWS OF THE COSTITUTION, OR THE BILL

OF RIGHT'S OF OUR GREAT COUNTRY" "SAID ACTION IS A CRIME"?

"SCHOOLCRAFT COUNTY DEPARTMENT OF HUMAN SERVICES WORKER MR.

STEVEN LADDERMAN HAS BEEN CAUSING IRREPAIRABLE HARM TO THE

PLAINTIFF SINCE THE PLAINTIFF WAS A CHILD OF THE AGE OF 3 OR 4

YEARS OLD. MR. LADDERMAN HAS LIED REPEATEDLY THROUGHOUT THE

PLAINTIFFS LIFE ABOUT THE  PLAINTIFFS MOTHER WHICH RESULTED IN

NUMEROUS HOSPITALIZATIONS OF THE PLAINTIFFS MOTHER IN NEWBERRY

STATE HOSPITAL. "NEWBERRY STATE HOSPITAL WAS A HORRIFIC

FACILITY WHERE HORRIFIC THINGS HAPPENED TO GOOD PEOPLE" SADLY

SO MANY "PATIENTS" ARE NOW DEAD. THESE HORRORS/STATE SECRETS;

HAVE BEEN COVERED UP THOUROUGHLY, REGARDING THE HORRIFIC

NEWBERRY STATE HOSPITAL"

AFTER ALL, LET'S BE HONEST "WHO WILL EVER BELIEVE CRAZY PEOPLE RIGHT?"

PLAINTIFF SWEARS HE CAN TESTIFY SADLY ON BEHALF OF HIS MOTHER REGARDING "NEWBERRY" AND THE HELL THAT EXISTED WITHIN IT'S WALLS.

FURTHERMORE, THE PLAINTIFF WITH GREAT SADNESS TESTIFIES THAT ON MARCH 22'ND, 2013;

THE PLAINTIFF, FEELING DEFEATED WITH NO OTHER AVENUE FOR THE PAIN HE FELT INSIDE AS A DIRECT RESULT OF THE "SICK ACTS OF INJUSTICE" THE DEFENDANTS HAVE COMMITED, OF MAJOR CRIMES AND FELONIES COMMITED AGAINST THE PLAINTIFF AND THE PLAINTIFFS FAMILY;

THE PLAINTIFF DID ATTEMPT SUICIDE, SADLY BY  OVERDOSE. THIS MASS MEDICATION OVERDOSE DID RESULT IN THE PLAINTIFF BEING IN A COMA FOR 5 DAY'S AT MARQUETTE GENERAL HOSPITAL.

2 DAYS AFTER THE PLAINTIFF SURVIVED THE SUICIDE ATTEMPT AND SUBSEQUENT 5 DAY LIFE THREATENING COMA, THE PLAINTIFF RETURNED HOME. 2 DAYS AFTER RETURNING HOME:, ON MARCH 29TH, SADLY; ONE WEEK AFTER MAJOR SUICIDE ATTEMPT, BY THE PLAINTIFF, THE PLAINTIFFS WIFE HAD A NERVOUS BREAKDOWN AND SHE LEFT THE PLAINTIFF LIEING IN BED AT HOME; THE PLAINTIFF'S WIFE UNDERSTANDABLY; COULD NOT TAKE ANY MORE HURT, SHE HAD A BRIEF NERVOUS BREAKDOWN. (ALSO THE DIRECT RESULT) OF THE "GROSS CRIMES" AND FELONIES COMMITED BY THE DEFENDANTS.

FURTHERMORE, THE PLAINTIFF, AND THE PLAINTIFFS WIFE TRIED TO REGAIN CUSTODY OF THERE KIDS VIA A ONE SIDED, MOCK JURY TRIAL. THIS ROTTEN  MOCK TRIAL WAS HELD MARCH 20TH, 21'ST, AND 22'ND

OF 2013. UNDER: "COLOR OF LAW" THIS SICK MOCK TRIAL WAS HELD
WITHIN THE KANGAROO COURT OF "GOOD OLE BOY JUDGE GOEBEL" IN
DELTA COUNTY OF MICHIGAN.

"GOOD OLE BOY" JUDGE GOEBAL PRESIDED

ACTING AS A WICKED, SICK, CORRUPT GOVERNMENT TOOL, IN: "THE
GOOD OLE BOY SYSTEM" OF DELTA COUNTY.

THESE CRIMINALS NOT ONLY GOT AWAY WITH THE KIDNAPPING OF MY
SON AIDAN AND MY SON CARTER: "THEY DAMN NEAR MURDERED" THE
PLAINTIFF VIA THE PLAINTIFFS SUICIDE ATTEMPT THAT SAME EVENING
MARCH 22'ND, 2013; I REMIND THE JURY AND THE COURT; RESULTED
IN A FIVE DAY COMA.

THESE ARE THE FACTS!


FURTHERMORE, THE PLAINTIFF SWEARS THAT SAID MOCK TRIAL WAS
HELD IN:

>>(THE SAME: "GOOD OLE BOY COUNTY OF DELTA" THAT A YEAR
EARLIER; MICHIGAN STATE POLICE TROOPER KEITH CARLSON BROKE THE
PLAINTIFF'S ARM; BY ILLEGAL EXCESSIVE FORCE "I REMIND THE JURY
AND THE COURT THAT THIS TROOPER LATER ADDED TO HIS FALSE
POLICE REPORT,

THAT; PLAINTIFF IS "ANTI GOVERNMENT" IF THIS WAS THE TRUTH:
WHY WAS THE PLAINTIFF PLACED IN THE FRONT SEAT IMMEDIATELY
AFTER TROOPER CARLSON BROKE THE PLAINTIFFS RIGHT SHOULDER?
WHY DID TROOPER CARLSON REFUSE TO BRING THE PLAINTIFF TO THE
HOSPITAL?

WHY DID THE DELTA COUNTY SHERIFF DEPARTMENT PLACE THE
PLAINTIFF BACK IN THE CUSTODY OF TROOPER CARLSON AFTER THE
PLAINTIFF REPEATEDLY BEGGED TO BE BROUGHT TO THE HOSPITAL?
WHY ARE THE VIDEOS FROM THE PATROL CAR AND THE JAIL BLANK?

$14 \circ F 21$

WHY DID TROOPER CARLSON PUT HIS HAND ON HIS GUN, IN THE GARAGE
AT THE JAIL, ON OUR WAY BACK OUT TO THE POLICE CAR; AND SAY TO
THE PLAINTIFF IN FRONT OF THE DEPUTY: "WE'RE NOT GONNA HAVE
ANY PROBLEM'S ABOUT THIS ARE WE?" HOW WOULD YOU TAKE THAT
STATEMENT?

WHY WAS THE PLAINTIFF GIVEN A: 120 M.P.H. PLUS ROCKET RIDE
HOME FROM THE ESCANABA JAIL TO THE PLAINTIFFS RESIDENCE IN
GARDEN?
WHY DID THE PLAINTIFF HAVE TO SEEK HIS OWN MEDICAL TREATMENT
FOR HIS BROKEN SHOULDER VIA A RIDE FROM THE PLAINTIFFS STEP
DAD BACK TO ESCANABA LESS THAN 2 HOURS LATER.
"DO WE DARE TO ASK?>>>> WHO ARE THE "GOOD OLE BOYS"?
AND WHO IN THE HELL IS GOVERNOR "RICK SCHNEIDER" OF MICHIGAN?

ON JANUARY 20TH, 2012; AT APPROXIMENTLY 8:35 P.M. ("TROOPER
CARLSON STATED 8:20 P.M., IN HIS FALSE REPORT") (HOWEVER
PLAINTIFF HAS A RECEIPT FROM WAL-MART THAT STATES PLAINTIFF
CHECKED OUT AT EXACTLY 8:20 AND 32 SECONDS.)
SAID TROOPER DID ILLEGALY, AND WITH EXCESSIVE FORCE: BREAK THE
PLAINTIFF'S RIGHT SHOULDER. AND HAS SO FAR GOTTEN AWAY WITH
THIS VICSIOUS CRIME VIA "THE GOOD OLE BOY'S" IN DELTA AND THE
SCHOOLCRAFT COUNTIES OF MICHIGAN" AND AN ILLEGAL, MULTI COUNTY
COVERUP INCLUDEING, BUT NOT LIMITED TO: THE DELTA COUNTY
COURTS, THE SCHOOLCRAFT COUNTY COURTS AND NOW I DARE TO SAY
THE FEDERAL COURT IN MARQUETTE, THE DELTA COUNTY SHERIFF'S
DEPARTMENT, ----> ETAL.
FURTHERMORE SAID DELTA COUNTY SHERRIFF DEPARTMENT BEING THE
SAME ONE THAT GRANTED  THE FALSE/NON EXISTENT WARRANT

"(CONVIENIENTLY)" FOR THE DEFENDANTS ON THE NIGHT OF JANUARY 24TH 2013. THE SAME NIGHT OF THE KIDNAPPING. AND FURTHERMORE, COINCIDENTLY A YEAR AND 2 MONTHS AFTER THE CIVIL SUIT CONTAINED WITHIN -EXHIBIT> 1.

THE PLAINTIFF SWEARS THAT IN LIGHT OF ALL THESE FACTS: THESE GROSS, SICK COVER-UP'S GO AS FAR AS THE GOVERNOR OF MICHIGAN.

THE PLAINTIFF SWEARS TO THIS, BECAUSE; THE PLAINTIFF CALLED: THE GOVERNORS OFFICE, SEVERAL CONGRESSMEN, AND JUDGE CHARLIE NEBAL OF MANISTIQUE IMMEDIATELY AFTER THE PLAINTIFF RETURNED HOME FROM ST. FRANCIS HOSPITAL WITH HIS BROKEN SHOULDER ON THE MORNING OF JANUARY 21'ST 2012.

ATTORNEY FRANK STUPACK ALSO KNOWS QUITE A BIT REGARDING THIS CRIME, MR. STUPACK, DID; MAKE THE STATEMENT IN FRONT OF MY AUNT SANDIE HEBERT AND MYSELF AND I QUOTE MR. STUPACK:

"TROOPER CARLSON HAS BEEN KNOWN TO DO THIS BEFORE"
THE PLAINTIFF WONDERS HOW MANY PEOPLE THIS CRIMINAL STATE TROOPER HAS HURT, AND HAS GOTTEN AWAY WITH HURTING; VIA OTHER COVER UP'S/FELONIES?
AGAIN, IN CASE MR. STUPACKS MEMORY IS HAZY THE PLAINTIFF REMINDS YOU THAT MR. STUPACK MADE THIS COMENT TO THE PLAINTIFF, AND WHILE IN THE PRESENCE OF THE PLAINTIFFS AUNT; MRS. SANDIE HEBERT. ANOTHER CRIME THAT "THE GOOD OLE BOYS" HELPED COVER UP. PLAINTIFF HAS MEDICAL RECORDS AND LEGAL DOCUMENTS FROM ST. FRANCIS HOSPITAL OF ESCANABA MI. PLAINTIFF ALSO UNDERWENT MANY WEEKS OF PHYSICAL THERAPY VIA ST. FRANCIS.

THE PLAINTIFF ALSO FLEW TO ARIZONA AND SOUGHT MEDICAL
TREATMENT FOR THE PLAINTIFFS SHOULDER.

MEDICAL RECORDS FROM ARIZONA CONCERNING THE PLAINTIFFS BROKEN
RIGHT SHOULDER, ARE ALSO AVAILABLE.

FURTHERMORE, THE PLAINTIFF AND THE PLAINTIFFS WIFE (THE DAY
BEFORE SHE LEFT PLAINTIFF" SOLD THEIR ATV TO A MAN NAMED TIM
NEADOW OF COOK'S MI. IN AN ATTEMPT TO GATHER FUNDS TO HIRE
ANOTHER ATTORNEY TO FIGHT FOR THE CUSTODY OF THE PLAINTIFFS
KIDS. PLAINTIFF ALSO SOLD MOST OF HIS TOOLS FROM HIS GARAGE TO
MR. HOFFMAN OF GULLIVER TO GATHER BATTLE MONEY FOR CARTER AND
AIDAN.
AT THAT TIME MR. NEADOW OFFERED TO TO SELL PLAINTIFF ONE OF
HIS GUNS THAT HE WAS SELLING; PLAINTIFF TOLD MR. NEADOW THAT
HE DID NOT NEED NOR COULD HE AFFORD ONE AS PLAINTIFF NEEDED
BATTLE FUNDS TO HIRE A BETTER ATTORNEY FOR THE CUSTODY BATTLE
OF THE PLAINTIFFS SONS WHOM MR. STEVEN LADDERMAN HAD KIDNAPPED
BY THE DEPARTMENT OF HUMAN SERVICES, AND THE OTHER DEFENDANTS
UNDER THE "COLOR OF LAW".

THE NEXT AFTERNOON THE PLAINTIFF'S WIFE LEFT HIM.
THE PLAINTIFF WENT SEVERAL DAYS WITHOUT SLEEP AND THE
PLAINTIFFS AUNT OUT OF WORRY DID; COME TO PLAINTIFFS HOME TO,
COOK FOR PLAINTIFF, AND SHE SPENT THE NIGHT ON SEVERAL NIGHTS
IN AN ATTEMPT TO COMFORT THE PLAINTIFF FROM THE PAIN AND HURT
OF BEING ALONE IN THAT BIG EMPTY HOUSE THAT PLAINTIFF SO
RECENTLY HAD CALLED "HOME." SHE CAN VERIFY THIS TO BE
FACTUAL.
THE PLAINTIFF SWEARS THAT: ALL OF THESE CRIMES COMBINED,

2 7 of 22

COMMITED BY THE DEFENDANTS; DID: IN FACT HAVE THE DIRECT
RESULT OF PLAINTIFF ASKING HIS UNCLE FOR PLAINTIFF'S SINGLE
SHOT .22 CALIBER RIFLE. WHICH PLAINTIFFS UNCLE BOUGHT FOR HIM
FOR CHRISTMAS AS A CHILD; PLAINTIFF'S UNCLE REFUSED
PLAINTIFF'S REQUEST FOR RIFLE.    A FEW DAYS PASSED AND
PLAINTIFFS CONDITION WORSENED WITH LACK OF SLEEP. PLAINTIFF
DROVE TO TIM NEADOW'S HOME ON THE ADVENT RD. IN COOK'S
MICHIGAN AND ASKED MR. NEADOW IF HE STILL HAD ANY GUNS FOR
SALE; MR. NEADOW TOLD PLAINTIFF THAT HE HAD ONE LEFT, AND
INVITED PLAINTIFF INSIDE HIS HOME.

AT THAT TIME MR. NEADOW SOLD THE PLAINTIFF A BRAND NEW, STILL
IN THE BOX WINCHESTER 30-06 RIFLE. FOR $850.00 CASH. MR.
NEADOW BELIEVED THAT PLAINTIFF WANTED TO HUNT DEER AND DID NOT
KNOW HOW DEPRRESSED THAT THE PLAINTIFF WAS FEELING.

THE PLAINTIFF  PURCHASED THIS RIFLE TO COMMITT SUICIDE BY,
SELF INFLICTED GUNSHOT WOUND TO THE HEAD. I REMIND YOU THAT
THIS WAS LESS THAN 2 WEEK'S AFTER PLAINTIFF GOT HOME FROM THE
COMA. WHEN THE PLAINTIFFS WIFE LEFT HIM, THE PLAINTIFF;
LITTERALLY FELL TO BENDED KNEES IN TEARS.

THIS WAS "THE FINAL BLOW ON TOP OF THE FINAL BLOW" TO THE
PLAINTIFF.

   "THE CROOKED, WICKED, CRIMINAL; "DEFENDANTS"" NOW HOLD THE
PLAINTIFF ILLEGALY FOR THE CHARGE OF "FELON POSSESION OF
FIREARM" FOR ALMOST 7 MONTHS THEY HAVE HELD THE PLAINTIFF
WITHOUT BOND, WITHOUT JURY TRIAL, AND WITOUT EXCUSE, FOR THEIR
CRIMES THEY INFLICTED"


"THEY HAVE IN FACT CANCELED JURY TRIAL TWICE BECAUSE THEY KNOW
THAT PLAINTIFF HAS AN AWEFULL LOT HE PLANS ON TALKING ABOUT."

"GOOD OLE BOY" MAGISTRATE GREELY OF MARQUETTE MI IS A FEDERAL
MAGISTRATE WHOM SEEMS TO STAND FOR "ALL THAT IS WRONG" WITHIN
THE CORRUPT JUDICIAL SYSTEM OF UPPER MICHIGAN." (IN THE EYES
OF THE PLAINTIFF).

THE PLAINTIFF IS SICK AND TIRED OF THE CURRENT ABUSES OF POWER
INFLICTED BY MAGISTRATE GREELY AND HIS CRONIES, THE FIRST TWO
TIMES THAT PLAINTIFF TESTIFIED TO THIS MAN, THE PLAINTIFF WAS
IN TEARS WHILE THIS MAN LOOKED DOWN FROM THE BENCH SMILING AS
IF IT WERE COMICAL THAT PLAINTIFF WAS IN TEARS WHILE
TESTIFYING., THE PLAINTIFF WAS GIVEN THE CURSE OF A
PHOTOGRAPHIC MEMORY AND THE PLAINTIFF HAS LOST EVERY OUNCE OF
FAITH IN TRYING TO FORGIVE THESE "GOOD OLE BOYS." PLAINTIFF
PRAYS FOR CHANGE REGARDING THESE PEOPLE. IN THE SPIRIT OF
BROTHERHOOD THE PLAINTIFF SOLEMNLY REMINDS THEM THAT THEY ARE
NOT GODS!

IT IS PLAINTIFFS PERSONAL RELIGOUS BELIEFS THAT THE ALLMIGHTY
WILL ASK THESE MEN WHAT EXACTLY WAS HUMOROUS ABOUT A BROKEN,
GROWN MAN WHOM SHED TEARS IN FRONT OF THEM.? PLAINTIFF LOOKS
FORWARD TO THAT DAY!

ONCE AGAIN THE DEFENDANTS HAVE PILED INSULTS TO INJURIES WITH
THEIR MOCKERY AND THEY HAVE PROCEEDED THUS FAR WITH:
WRECKLESS, GROSS, AND SICK ABUSES, OF THE PLAINTIFF AND TO THE
PLAINTIFF;
WITHOUT ANY REGARD TO HIS KIDS, HIS BEAUTIFUL WIFE, HIS
FAMILY, OR THE PLAINTIFF HIMSELF.

THE PLAINTIFFS MOTHER IDA MARIE ARNOLD HAS COMMITED SUICIDE

290F22

SHE DID SO ON MARCH 7TH 2008, THE PLAINTIFF FOUND HIS MOM DEAD
ON MARCH 10TH 2008; "SHE LAYED ON HER KITCHEN FLOOR FOR 3
DAY'S WITH HER CAT CLAWING INTO THE FLESH OF HER ARM TRYING TO
WAKE HER";>SHE WAS ONLY 55 YEARS OLD.
THE PLAINTIFFS BROTHER COMMITED SUICIDE ON MARCH 29TH 1999;THE
 PLAINTIFF FOUND HIS 25 YEAR OLD BROTHER DEAD TOO.
DOES THE PLAINTIFF DARE TO BEGIN TO TELL THEIR STORIES?
DOES THE PLAINTIFF NEED TO?
THE PLAINTIFF PRAYS FOR GOD'S MERCY REGARDING: "A FEW OF THE
GOOD OLE BOY'S" AND SOME VERY "SICK WOMEN" WHOM RESIDE IN
SCHOOLCRAFT COUNTY. "REGARDING THE LIFE STORIES OF HIS MOM AND
HIS BROTHER AND THE FACTS THAT DROVE THEM TO SUICIDE."
PLAINTIFF IS SICK TO HIS STOMACH WHEN HE THINKS OF THE EVILS
DONE BY SOME PEOPLE OF SCHOOLCRAFT COUNTY TO OTHERS.
THE PLAINTIFF IS SLOWLY REGAINING HIS STRENGTH
THE PLAINTIFF IS NOT AFRAID TO TAKE A STAND AGAINST THESE SICK
CRIMINALS.
THE PLAINTIFF WILL NOT REST UNTIL JUSTICE PREVAILS OR THEY
MURDER THE PLAINTIFF.


PLAINTIFF NOW RETURNS TO SAID MOCK TRIAL WHICH CONCLUDED ON
MARCH THE 22'ND, 2013.
THE DEFENDANTS HAVE SO FAR, LEGALY GOTTEN AWAY WITH THE
KIDNAPPING OF THE PLAINTIFFS SONS: CARTER J. ARNOLD, NOW AGE 5
AND AIDAN LEVI ARNOLD; NOW AGE 4.
THROUGH GROSS MANIPULATION OF THE LEGAL "GOOD OLE BOY SYSTEM"
IN JUDGE GOEBELS CRIMINAL, ONE SIDED "KANGAROO COURT" DELTA
COUNTY, MICHIGAN.
THE PLAINTIFF DOES SWEAR THAT THE PLAINTIFF WAS NOT ALLOWED TO

SHOW THE JURY MORE THAN 60 PHOTOGRAPHS; THAT THE JUDGE REFUSED TO ADMITT, THESE PHOTOGRAPHS

SHOWED AND PROOVED THAT THE PLAINTIFF AND HIS WIFE, MAINTAINED A VERY HAPPY, HEALTHY, FAMILY AND HOME. THE PLAINTIFF AND THE PLAINTIFFS WIFE CIRCULATED A PETITION IN THEIR COMMUNITY, WHICH RESULTED IN MORE THAN 70 SIGNATURES FROM MEMBERS OF THE PLAINTIFFS COMUNITY STATEING, AND VERIFYING; THAT THE PLAINTIFF AND HIS WIFE ARE GOOD, ROLE MODELS AND GREAT PARENTS.

PROVEING ILLEGAL KIDDNAPING OCCURED.

THE PLAINTIFF AND THE PLAINTIFFS WIFE ALSO HAVE 2 WITTNESS's WHOM LIVED WITH THE PLAINTIFFS FAMILY; WITH THEIR NEW-BORN BABY GIRL IN THE PLAINTIFFS FINISHED BASEMENT, FOR 4 MONTHS PRIOR, TO THE " MALISCIOUS KIDDNAPPING" THESE 2 WITTNESS's COULD HAVE VERIFIED THE PLAINTIFFS FACTUAL: HAPPY, HEALTHY, NON ABUSIVE, LOVING HOME.

THEIR TESTIMONY WAS, CUT SHORT AND THE LAWYER WHOM "STOLE OUR MONEY": NEVER BROUGHT THEIR TESTIMONY, OR THE FACT THAT THEY LIVED IN OUR HOME FOR THE PRIOR 4 MONTH TIME PERIOD; TO THE LIGHT.

PLEASE DO THE RIGHT THING AND THE PLAINTIFF THANKS YOU FOR YOUR TIME;

RESPECTFULLY SUBMITTED TO THE JURY AND THE COURT.

"The plaintiff hopes and prays that not a single star* in the American constellation will ever suffer it's lustre to be diminished to the point of suffering that they have inflicted upon the heart* of this citizen -------> your fellow American"

22 OF 22

SINCERILY, ONE HURTING, SAD, PLAINTIFF

MR. JASON PAUL ARNOLD NOW CARRYING FEDERAL INMATE # 17052-040

FOR:-------> "THEIR FELONIES"

DATE 11-12-2013